# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAURICE SYMONETTE,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Identure Trustee
for **IMPAC REAL ESTATE ASSET TRUST SERIES,**
**KURT MARIN** and **ERRON REID,**
Appellees.

No. 4D19-3070

[October 15, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 18-007801.

Maurice Symonette, Miami, pro se.

Kristie L. Hatcher-Bolin of Gray|Robinson, P.A., Lakeland, and Rebecca A. Rodriguez of Gray|Robinson, P.A., Fort Lauderdale, for appellee Deutsche Bank National Trust Company.

PER CURIAM.

*Affirmed.*

WARNER, GERBER, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***